UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICOLAS ANDRADE-ALCOCER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-01369-TWP-DKL |
| ) | Case No. 1:11-cr-25-TWP-TAB-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion to vacate conviction by a person in federal custody pursuant to § 2255 and the civil action docketed as 1:13-cv-01369-TWP-DKL is **dismissed with prejudice.**

Date: 10/02/2013

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

_____

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

NICOLAS ANDRADE-ALCOCER
LOMPOC FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
3600 GUARD ROAD
LOMPOC, CA 93436